No. D–1640. IN RE DISBARMENT OF BENTON. Disbarment entered. [For earlier order herein, see 516 U. S. 1106.]

No. D–1641. IN RE DISBARMENT OF MARCUS. Disbarment entered. [For earlier order herein, see 516 U. S. 1107.]

No. D–1644. IN RE DISBARMENT OF GUTH. Disbarment entered. [For earlier order herein, see 516 U. S. 1107.]

No. D–1646. IN RE DISBARMENT OF GLOVER. Disbarment entered. [For earlier order herein, see 516 U. S. 1107.]

No. D–1647. IN RE DISBARMENT OF MCCLOSKEY. Disbarment entered. [For earlier order herein, see 516 U. S. 1107.]

No. D–1659. IN RE DISBARMENT OF BERG. Howard M. Berg, of Boca Raton, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on March 18, 1996 [516 U. S. 1169], is discharged.

No. D–1667. IN RE DISBARMENT OF GLENN. John Wheeler Glenn, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1668. IN RE DISBARMENT OF KELLY. Lawrence Vincent Kelly, of Hasbrouck Heights, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1669. IN RE DISBARMENT OF EWING. Charles William Ewing, of Hilliard, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1670. IN RE DISBARMENT OF READY. James Sanders Ready, Jr., of Carlsbad, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.